

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2015

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B**., a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The above cause has been set for formal submission ON BRIEFS ONLY before this
Court on February 26, 2015, before a panel consisting of Justice Alvarez, Justice Chapa, and
Justice Pulliam.

It is so ORDERED on this 5th day of February, 2015.

**PER CURIAM**

Attested to:_____
Keith E. Hottle
Clerk of Court

